**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Antonio WARD, a/k/a Lie, Defendant— Appellant.**

**No. 08–8504.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 24, 2009.

Antonio Ward, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Ward appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Ward,* No. 4:03–cr–00474–CWH–28 (D.S.C. Nov. 21, 2008). *See United States v. Hood,* 556 F.3d 226 (4th Cir.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*